CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MARK A. INCIONG   CA BAR #163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Micah.Smith@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 13 2022

at __ o'clock and __ min __ M
CLERK, U.S. DISTRICT COURT

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00021 SOM |
| | ) | |
| Plaintiff, | ) | CONSENT TO RULE 11 PLEA IN |
| | ) | A FELONY CASE BEFORE |
| vs. | ) | UNITED STATES MAGISTRATE |
| | ) | JUDGE |
| NICHOLAS CARIGNAN, | ) | |
| | ) | |
| Defendant. | ) | |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate

Judge of my right to enter my plea in this case before a United States District

Judge.  I hereby declare my intention to enter a plea of guilty in the above case,

and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Fed. R. Crim. P., incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Fed. R. Crim. P. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED: May 13, 2022, at Honolulu, Hawaii.

_____
NICHOLAS CARIGNAN
Defendant

_____
VICTOR BAKKE, ESQ.
Attorney for Defendant

APPROVED:

_____
MARK A. INCIONG
Assistant U.S. Attorney